Edwin Aiwazian (Cal. State Bar No. 232943)
  *edwin@lfjpc.com*
Arby Aiwazian (Cal. State Bar No. 269827)
  *arby@lfjpc.com*
Tara Zabehi (Cal. State Bar No. 314706)
  *tara@lfjpc.com*
Margaux Gundzik (Cal. State Bar No. 340116)
  *m.gundzik@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:   (818) 265-1020
Facsimile:    (818) 265-1021

*Attorneys for* Plaintiffs
TYRONE JOHNSON and TERRANCE KENNEDY

[*additional counsel on following page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE JOHNSON, TERRENCE KENNEDY, individually, and on behalf of other similarly situated members of the public;<br><br>Plaintiffs,<br><br>vs.<br><br>PARSEC, INC. D/B/A OHIO PARSEC, INC., an Ohio corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No .: 2:22−cv−06930−WLH-MAR<br><br>Honorable Wesley L. Hsu<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  August 8, 2022<br>Trial Date:           None Set |

1  Adam Y. Siegel (Cal. State Bar No. 238568)
2      *Adam.Siegel@jacksonlewis.com*
   Kishaniah Dhamodaran (Cal. State Bar No. 331001)
3      *Kishaniah.Dhamo@jacksonlewis.com*
4  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5408
   Tel: (213) 689-0404 / Fax: (213) 689-0430
6

7  *Attorneys* for Defendant
8  PARSEC, INC. D/B/A/ OHIO PARSEC, INC.

JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs Tyrone Johnson and Terrence Kennedy ("Plaintiffs") and Defendant Parsec, Inc. dba Ohio Parsec, Inc. ("Defendant"), by and through their undersigned counsel of record, in the above-captioned action, have reached a settlement, which, if approved by the Court, will resolve the above-captioned action in its entirety

Respectfully submitted,

Dated: August 8, 2023	**LAWYERS *for* JUSTICE, PC**

BY: /s/ Margaux Gundzik

Margaux Gundzik

*Attorneys for* Plaintiffs Tyrone Johnson and Terrance Kennedy

Dated: August 8, 2023	**JACKSON LEWIS, PC**

BY: /s/ Kishaniah Dhamodaran

Adam Y. Siegel
Kishaniah Dhamodaran

*Attorneys for* Parsec, Inc. d/b/a Ohio Parsec, Inc.

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.