**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TYRONE JOHNSON, TERRENCE KENNEDY, JAMES WALKER, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiffs,

v.

PARSEC, INC. D/B/A OHIO PARSEC, INC., an Ohio corporation,

Defendant.

Case No.: 2:22-cv-06930-AH-MARx

**FINAL JUDGMENT [JS-6]**

On June 9, 2025, the Court granted Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement and Approval of PAGA Settlement. Dkt. No. 64 ("Preliminary Approval Order"). After holding a Final Fairness Hearing on November 12, 2025, the Court granted in part Plaintiffs' Motion for Final Approval of Class Action Settlement, Class Representative Service Payments, Class Counsel Fees Payment, and Class Counsel Litigation Expenses Payment. Dkt. No. 68 ("Final Approval Order").

As discussed in the Final Approval Order, this action has been settled in its entirety and the Court HEREBY ORDERS, ADJUDGES, AND DECREES the following regarding the Class Action and PAGA Settlement ("Settlement Agreement") and related matters:

1. All terms used herein shall have the same meaning as defined in the Settlement Agreement and the Preliminary Approval Order.

2. This Court has jurisdiction over the claims of the Class Members and Aggrieved Employees asserted in this proceeding and over all parties to the action.

3. The Court GRANTS certification of the Settlement Class for the reasons discussed in the Court's Preliminary and Final Approval Orders. Class Members are hereby defined to include: "All current and former hourly-paid or non-exempt employees who worked for Defendant within the State of California at any time from August 8, 2018, through September 27, 2023."

4. The Aggrieved Employees for purposes of the PAGA Settlement are hereby defined to include: "All current and former hourly-paid or non-exempt employees who worked for Defendant within the State of California at any time from June 1, 2021, through September 27, 2023."

5. The Court has APPROVED the Notice of Class Action Settlement and Hearing Date for Final Court Approval that was provided to the Class Members.

6. The Court GRANTS final approval of the Settlement Agreement as fair, adequate, and reasonable for the reasons discussed in the Final Approval Order. The

Court has APPROVED distribution of the Gross Settlement Amount of $4,476,098.00 in the manner set forth in the Settlement Agreement. The Court also APPROVED a PAGA Payment of $500,000.00 for the reasons discussed in the Final Approval Order.

7. The Class Members and Aggrieved Employees have had a full and fair opportunity to participate in the Final Fairness Hearing and Class Members have had a full and fair opportunity to exclude themselves from the Settlement. Accordingly, all Class Members who did not timely and validly opt out are bound by the Settlement Agreement and by this order and judgment.

8. The Court GRANTS the Class Representative Service Awards in the amounts of $10,000.00 to Plaintiff Tyrone Johnson, $7,500.00 to Plaintiff Terrence Kennedy, and $5,000.00 to Plaintiff James Walker, to be paid in accordance with the terms and methodology set forth in the Settlement Agreement.

9. The Court GRANTS the Administrator Expenses Payment in the amount of $18,000.00 requested by the Administrator, Phoenix Settlement Administrators, to be paid in accordance with the terms and methodology set forth in the Settlement Agreement.

10. The Court GRANTS the Class Counsel Fees Payment in the amount of $1,119,024.50 and the Class Counsel Litigation Expenses in the amount of $39,063.57, to be paid in accordance with the terms set forth in the Settlement Agreement.

11. The Court hereby enters Final Judgment by which Class Members shall be conclusively determined, upon the Effective Date and Defendant's full funding of the Gross Settlement Amount, to have given a release of the Released Parties of and from all Released Claims, as set forth in the Settlement Agreement and Notice.

12. Following Final Approval of the Settlement Agreement by the Court, Defendant will send a one-time transfer of the Gross Settlement Amount to the Settlement Administrator, which will be deposited into a Qualified Settlement Account to be established by the Settlement Administrator. Defendant will send a

check in the amount of the Gross Settlement Amount and the employer's share of payroll taxes within thirty (30) calendar days of the Effective Date.

13. Within fourteen (14) calendar days after Defendant funds the Gross Settlement Amount, the Settlement Administrator will mail checks for all Individual Class Payments, all Individual PAGA Payments, the LWDA PAGA Payment, the Administration Expenses Payment, the Class Counsel Fees Payment, the Class Counsel Litigation Expenses Payment, and the Class Representative Service Payments, according to the methodology and terms set forth in the Settlement Agreement.

14. Funds represented by Individual Settlement Payment checks returned as undeliverable and Individual Settlement Payment checks remaining un-cashed for more than one hundred and eighty (180) calendar days after issuance will be cancelled and the funds associated with the un-cashed checks will be tendered to the California State Controller's Unclaimed Property Fund in the name of the Class Member.

15. After entry of this Final Approval Order and Judgment, the Court shall retain jurisdiction to enforce the Settlement Agreement and the Final Approval Order and Judgment.

16. Notice of entry of this Order Granting Final Approval of Class Action Settlement and Judgment shall be given to the Class Members and Aggrieved Employees by posting a copy of the Order Granting Final Approval of Class Action Settlement and Judgment on Settlement Administrator's website for a period of at least sixty (60) calendar days after the date of entry of this Order Granting Final Approval of Class Action Settlement and Judgment.

17. Class Counsel shall file declaration from the Settlement Administrator identifying the disposition of the Gross Settlement Amount by no later than October 8, 2026.

Accordingly, pursuant to Fed. R. Civ. P. 58 and subject to the Court's continuing jurisdiction with respect to any issues that may arise as to the implementation of the Settlement Agreement and related matters, the Clerk of the Court is directed to enter this Final Judgment.

IT IS SO ORDERED.

Dated:

November 25, 2025

HON. ANNE HWANG

UNITED STATES DISTRICT JUDGE

CC:FISCAL